# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>Denis Anderson CHICOJ-Yacon<br><br>Defendant. | Case No.: **25MJ3704-AHG**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding Federal Officers (Felony) |

The undersigned complainant being duly sworn states:

On or about July 2, 2025, within the Southern District of California, Denis Anderson CHICOJ-Yacon intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, Homeland Security Investigations Supervisory Special Agent B.D.V., Homeland Security Investigations Special Agents M.C. and J.O., and Customs and Border Protection Officer R.F., while they were engaged in and on account of the performance of their official duties, such acts involving defendant ramming a government vehicle with his vehicle and driving his vehicle towards the law enforcement officers; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Nicholas Sisto
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on July 3, 2025.

_____
HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

I, Special Agent ("SA") Nicholas Sisto, of Homeland Security Investigations ("HSI"), declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

During my duties, I have learned the following information from my personal participation in this investigation or by speaking with or having read reports prepared by other law enforcement officers, witnesses, or victims. The following does not contain all the information known to me or other federal agents and state and local law enforcement officers regarding this investigation, but contains those facts believed to be necessary to establish requisite probable cause.

All dates and times in this statement of facts are approximate. All dates refer to the current calendar year and all times refer to Pacific Standard Time (PST) unless specified otherwise.

On July 2, 2025, HSI Supervisory Special Agent ("SSA") B.D.V., HSI SAs M.C. and J.O., and Customs and Border Protection Officer ("CBPO") R.F. (collectively "law enforcement") were at an apartment complex located near Linda Vista Road in San Diego, attempting to locate Denis Anderson CHICOJ-Yacon ("CHICOJ"). Law enforcement had established that CHICOJ was an alien and citizen of Guatemala who was unlawfully present in the United States. Agents had an active Warrant for Arrest of Alien (Form I-200) for CHICOJ.

At approximately 10:12 a.m., law enforcement officers observed a Hispanic male adult matching the description of CHICOJ, and later confirmed to be CHICOJ, enter into the driver's seat of a grey Ford Mustang (the "vehicle"), bearing California license plates, of which CHICOJ was the registered owner. The vehicle was backed into a parking space within the apartment complex parking lot.

After observing CHICOJ entering the vehicle, SSA B.D.V. drove his government law enforcement vehicle into the parking lot and parked in front of CHICOJ's vehicle.

SSA B.D.V.'s red and blue emergency lights were activated. CBPO R.F. also pulled his vehicle into the parking lot and parked behind SSA B.D.V.

Upon exiting his vehicle, SSA B.D.V. presented his HSI badge, which was around his neck, to CHICOJ. SSA B.D.V. also verbally identified himself as law enforcement officer in Spanish and told CHICOJ he had a warrant for CHICOJ's arrest. As CBPO R.F. approached the vehicle, CBPO R.F. was wearing a law enforcement ballistic vest with a yellow CBP badge on the front and the word "Police" on the back. CBPO R.F. also verbally identified himself as law enforcement and told CHICOJ he had a warrant for his arrest.

SSA B.D.V. was standing near the vehicle's driver's window while CBPO R.F. was standing near the passenger-side front quarter panel. SAs M.C. and J.O. were standing near the passenger-side rear quarter panel.

While SSA B.D.V. attempted to have CHICOJ exit the vehicle, CHICOJ appeared to use his phone and shake his head no to SSA B.D.V.'s demands for CHICOJ to exit the vehicle. SSA B.D.V. then returned to his government vehicle and donned his law enforcement ballistic vest with the word "Police" clearly visible on the front and back.

SSA B.D.V. continued to attempt to have CHICOJ exit the vehicle, but his efforts were not successful. Eventually, SSA B.D.V. warned CHICOJ he would break the window. SSA B.D.V. then attempted to break the front driver's window without success. As SSA B.D.V. attempted to break the driver's window, CHICOJ drove his vehicle forward and then reversed in an apparent attempt to interfere with the agents and officers' enforcement action and to resist and impede the agents' ability to effect the arrest. In doing so, CHICOJ also struck SSA B.D.V.'s government vehicle and damaged it.

As CHICOJ was driving forward and backwards, he was heard revving the engine and the tires could be heard screeching. Additionally, CHICOJ was turning his tires as he drove forward and backwards, moving the vehicle in the direction of the law enforcement officers who were standing on the sides of the vehicle. At various points, the law

enforcement officers had to move away from the vehicle to prevent being struck by the vehicle. During these movements away from the vehicle, multiple law enforcement officers had a fear of imminent serious bodily injury due to CHICOJ's dangerous and deliberate vehicle movements.

As CHICOJ was driving forwards and backwards, SSA B.D.V. was able to break the rear driver's window on CHICOJ's vehicle. After the window was broken, law enforcement continued to attempt to convince CHICOJ to exit the vehicle. CHICOJ ultimately complied and exited the vehicle. CHICOJ was arrested on the outstanding Warrant for Arrest of Alien and was transferred to the custody of Immigration Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO").

During the incident, SSA B.D.V. discovered he had sustained numerous cuts to his right hand and sought medical treatment following the incident.

Based on the totality of the circumstances, I believe there is probable cause to believe CHICOJ committed a violation of 18 USC § 111(a)(1), Assaulting, Resisting, or Impeding Federal Officers.