1  ADAM GORDON
2  United States Attorney
   JULIE A. BAUMAN
3  Assistant United States Attorney
   California State Bar No. 301489
4  United States Attorney's Office
5  880 Front Street, Room 6293
   San Diego, California 92101-8893
6  Telephone: (619) 546-4262
7
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

9
               UNITED STATES DISTRICT COURT
10
               SOUTHERN DISTRICT OF CALIFORNIA
11

| UNITED STATES OF AMERICA, | Case No.: 25CR2821-AJB |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| DENIS CHICOJ-YACON, | |
| Defendant. | |

    Under Federal Rule of Criminal Procedure 48, the United States seeks leave and moves this Court for an order dismissing the Indictment (ECF No. 11) without prejudice. Upon further review of this case and in the course of preparing for trial, the United States has determined it cannot prosecute this case consistent with its legal obligations. Accordingly, the United States seeks leave from the Court to discontinue the prosecution of this matter and to dismiss the Indictment without prejudice.

    //

The United States has notified defense counsel of the intent to file this motion and defense counsel does not oppose.

This motion is made in the interests of justice.

DATED: August 15, 2025         Respectfully submitted,

                                                   ADAM GORDON
                                                 United States Attorney

*/s/ Julie A. Bauman*
JULIE A. BAUMAN
Assistant U.S. Attorney
United States of America